| | |
|---|---|
| 1 | Thomas R. Beer (148175) |
| 2 | Peter J. Felsenfeld (260433)<br>BARGER & WOLEN LLP |
| 3 | 650 California Street, 9th Floor<br>San Francisco, California  94108-2713 |
| 4 | Telephone:   (415) 434-2800<br>Facsimile:    (415) 434-2533 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>AMERICAN HOME |
| 7 | ASSURANCE COMPANY |
| 8 | John T. Farmer, Esq. (089168)<br>FARMER CASE HACK & FEDOR |
| 9 | 402 W. Broadway, Suite 1100<br>San Diego, CA 92101 |
| 10 | Telephone:    (619) 338-0300<br>Fax:              (619) 338-0180 |
| 11 | |
| 12 | Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE |
| 13 | INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>            Defendant. | CASE NO.: C 11-05387 JSC<br><br>**STIPULATED EXTENSION OF DATE FOR CASE MANAGEMENT CONFERENCE FROM MAY 24, 2013 TO JULY 23, 2013 & [PROPOSED] ORDER**<br><br>IT IS SO ORDERED AS MODIFIED<br><br>Complaint Filed: November 7, 2011<br>Judge: Hon. Samuel Conti<br>Dept.: 1 |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATED EXTENSION OF DATE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO.: CV 11-05387 SC

<u>STIPULATED EXTENSION OF DATE FOR CASE MANAGEMENT CONFERENCE</u>
<u>FROM MAY 24, 2013 TO JULY 23, 2013</u>

Plaintiff American Home Assurance Company ("American Home") and Defendant State Farm Mutual Automobile Insurance Company ("State Farm") (collectively the "Parties"), by and through the undersigned attorneys, hereby submit this STIPULATED EXTENSION OF DATE FOR CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER.

On April 9, 2013, the Court entered an order granting American Home's motion for summary judgment with respect to its claims for equitable indemnity, equitable subrogation, equitable contribution and declaratory relief. The Court further found that American Home is entitled to equitable contribution from State Farm of $100,000 for settlement of the underlying bodily injury claim and (1) 20 percent of the amount for which American Home settled the underlying claim for property damage and (2) 20 percent of the total legal bills that American Home expended in the Park action. State Farm has asked for verification of those amounts as a prerequisite to settling the case.

The Court scheduled a Case Management Conference for **May 24, 2013**.

The Parties have agreed that American Home will file documentation with the Court verifying the aforementioned sums. State Farm will have an opportunity to respond to American Home's offer of proof. The Parties further agree that they will settle the instant case if State Farm accepts American Home's offer of proof.

In light of pending settlement discussions, the Parties agree that it would be beneficial for their ongoing settlement discussions to extend the date for the case management conference by sixty (60) days, to **July 23, 2013**, or the soonest date afterwards that the Court is available.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATED EXTENSION OF DATE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO.: CV 11-05387 SC

| | | |
|---|---|---|
| 1 | Dated: April 26, 2013 | BARGER & WOLEN LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | THOMAS R. BEER<br>PETER J. FELSENFELD |
| 5 | | Attorneys for Plaintiff AMERICAN<br>HOME ASSURANCE COMPANY |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: April 26, 2013 | FARMER CASE HACK & FEDOR |
| 10 | | |
| 11 | | By: _____<br>JOHN T. FARMER |
| 12 | | DANIEL P. FALLON<br>Attorneys for Defendant STATE FARM |
| 13 | | MUTUAL AUTOMOBILE<br>INSURANCE COMPANY |
| 14 | | |

[PROPOSED] ORDER

The above STIPULATED EXTENSTION OF DATE FOR CASE MANAGEMENT CONFERENCE is approved and all parties shall comply with its provisions.

The Case Management Conference is continued to Friday, 07/26/2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated: 04/29/2013

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Samuel Conti]*

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
STIPULATED EXTENSION OF DATE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO.: CV 11-05387 SC