| | |
|---|---|
| 1 | Thomas R. Beer (148175) |
| 2 | Peter J. Felsenfeld (260433) |
|   | BARGER & WOLEN LLP |
| 3 | 650 California Street, 9th Floor |
|   | San Francisco, California 94108-2713 |
| 4 | Telephone:  (415) 434-2800 |
|   | Facsimile:  (415) 434-2533 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | AMERICAN HOME |
| 7 | ASSURANCE COMPANY |
| 8 | John T. Farmer, Esq. (089168) |
|   | FARMER CASE HACK & FEDOR |
| 9 | 402 W. Broadway, Suite 1100 |
|   | San Diego, CA 92101 |
| 10 | Telephone:  (619) 338-0300 |
|    | Fax:  (619) 338-0180 |
| 11 | |
| 12 | Attorneys for Defendant |
|    | STATE FARM MUTUAL AUTOMOBILE |
| 13 | INSURANCE COMPANY |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) | CASE NO.: C 11-05387 JSC |
| Plaintiff, | ) ) ) | **STIPULATED EXTENSION OF DATE FOR CASE MANAGEMENT CONFERENCE FROM JULY 23, 2013 TO AUGUST 23, 2013 & [~~PROPOSED~~] ORDER** |
| vs. | ) ) ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | Complaint Filed: November 7, 2011 |
|  | ) | Judge: Hon. Samuel Conti |
|  | ) | Dept.: 1 |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATED EXTENSION OF DATE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. : CV 11-05387 SC

<u>STIPULATED EXTENSION OF DATE FOR CASE MANAGEMENT CONFERENCE</u>

<u>FROM JULY 23, 2013 TO AUGUST 23, 2013</u>

Plaintiff American Home Assurance Company ("American Home") and Defendant State Farm Mutual Automobile Insurance Company ("State Farm") (collectively the "Parties"), by and through the undersigned attorneys, hereby submit this STIPULATED EXTENSION OF DATE FOR CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER.

On April 9, 2013, the Court entered an order granting American Home's motion for summary judgment with respect to its claims for equitable indemnity, equitable subrogation, equitable contribution and declaratory relief. The Court further found that American Home is entitled to equitable contribution from State Farm of $100,000 for settlement of the underlying bodily injury claim and (1) 20 percent of the amount for which American Home settled the underlying claim for property damage and (2) 20 percent of the total legal bills that American Home expended in the Park action. State Farm has asked for verification of those amounts as a prerequisite to settling the case.

The Court scheduled a Case Management Conference for **JULY ~~23~~, 2013**. [handwritten: 26]

The Parties have agreed in principle that State Farm will pay American Home the sum of $108,140.68 to settle this matter. However, additional time is needed to obtain final authorization from the principals involved.

Accordingly, the Parties agree that it would be beneficial to extend the date for the case management conference by thirty (30) days, to **August 23, 2013**, or the soonest date afterwards that the Court is available.

-2-
STIPULATED EXTENSION OF DATE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. : CV 11-05387 SC

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

Dated: July 19, 2013                    BARGER & WOLEN LLP

                                        By: /s/ Peter J. Felsenfeld
                                            THOMAS R. BEER
                                            PETER J. FELSENFELD
                                            Attorneys for Plaintiff AMERICAN
                                            HOME ASSURANCE COMPANY


Dated: July 19, 2013                    FARMER CASE HACK & FEDOR


                                        By: /s/ Daniel P. Fallon
                                            JOHN T. FARMER
                                            DANIEL P. FALLON
                                            Attorneys for Defendant STATE FARM
                                            MUTUAL AUTOMOBILE
                                            INSURANCE COMPANY


### [~~PROPOSED~~] ORDER

The above STIPULATED EXTENSTION OF DATE FOR CASE MANAGEMENT CONFERENCE is approved and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated:   07/22/2013                     _/s/ Samuel Conti_
                                        Judge Samuel Conti

STIPULATED EXTENSION OF DATE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. : CV 11-05387 SC

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800