| | |
|---|---|
| 1 | Thomas R. Beer (148175) |
| 2 | Peter J. Felsenfeld (260433)<br>BARGER & WOLEN LLP |
| 3 | 650 California Street, 9th Floor<br>San Francisco, California 94108-2713 |
| 4 | Telephone:   (415) 434-2800 |
| 5 | Facsimile:    (415) 434-2533 |
| 6 | Attorneys for Plaintiff<br>AMERICAN HOME ASSURANCE COMPANY |
| 7 | |
| 8 | John T. Farmer, Esq. (089168)<br>FARMER CASE & FEDOR |
| 9 | 402 W. Broadway, Suite 1100<br>San Diego, CA 92101 |
| 10 | Telephone:   (619) 338-0300<br>Fax:              (619) 338-0180 |
| 11 | |
| 12 | Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE |
| 13 | INSURANCE COMPANY |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | CASE NO.: C 11-05387 JSC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Complaint Filed: November 7, 2011<br>Judge: Hon. Samuel Conti<br>Dept.: 1 |
| Defendant. | |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND ORDER FOR DISMISSAL
CASE NO. : CV 11-05387 SC

## STIPULATION

WHEREAS the Parties entered into a Settlement Agreement and Release, executed on September 20, 2013 and September 23, 2013, whereby the parties settled the above-captioned action and agreed to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party will bear its own costs and fees.

Dated: November 6, 2013

BARGER & WOLEN LLP

By: _____
THOMAS R. BEER
PETER J. FELSENFELD
Attorneys for Plaintiff AMERICAN
HOME ASSURANCE COMPANY

Dated: November 6, 2013

FARMER CASE & FEDOR

By: _____
JOHN T. FARMER
DANIEL P. FALLON
Attorneys for Defendant STATE FARM
MUTUAL AUTOMOBILE
INSURANCE COMPANY

IT IS SO ORDERED.

Dated: 11/06/2013

*Judge Samuel Conti*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

2
STIPULATION AND ORDER FOR DISMISSAL
CASE NO.: CV 11-05387 SC